# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

137451 (91)(92)

MICHIGAN EDUCATION ASSOCIATION,
       Plaintiff-Appellant,

v

SECRETARY OF STATE,
       Defendant-Appellee.

_____

SC: 137451
COA: 280792
Ingham CC: 06-001537-AA

      On order of the Chief Justice, motions by the Mackinac Center for Public Policy and the Michigan Sate AFL-CIO and others for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

_____
Clerk